**CHESTER HOUSING AUTHORITY,**
Petitioner

v.

**Stephen POLAHA, Respondent**

**No. 635 MAL 2016**

Supreme Court of Pennsylvania.

DECIDED: February 21, 2017

## ORDER

PER CURIAM

**AND NOW,** this 21st day of February, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's constitutional challenge. We **VACATE** that portion of the Commonwealth Court's order and **REMAND** for consideration in light of our decision in Pennsylvania State Educ. Assoc. v. Commonwealth of Pennsylvania, 148 A.3d 142 (Pa. 2016). Allocatur is **DENIED** as to all remaining issues. The application of the Philadelphia Housing Authority for leave to file an amicus brief in support of the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, Respondent**

v.

**Kathryn SIMPSON, Petitioner**

**No. 695 MAL 2016**

Supreme Court of Pennsylvania.

February 21, 2017

## ORDER

PER CURIAM

**AND NOW,** this 21st day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**